**Order entered July 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01078-CR

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

On April 18, 2013, this Court ordered court reporter Sharon Hazlewood to file, within thirty days, the reporter's record of the original plea hearing in this case. When the record was not filed by June 12, 2013, we ordered Ms. Hazlewood to file the record of the plea hearing within twenty days. To date, Ms. Hazlewood has neither filed the record of the plea hearing nor communicated with the Court regarding the status of the record. Appellant's counsel has filed a letter stating she cannot file appellant's brief until the complete record has been filed.

Accordingly, we **ORDER** the trial court to make findings regarding the following:

- Whether the original plea hearing in this case was recorded;

- If the hearing was recorded, the name and contact information of the court reporter who recorded the hearing;

- Whether the notes of the original plea hearing, if recorded, are available and can be transcribed;

- The court reporter's explanation for the failure to file the record of the original plea hearing; and

- The date by which the reporter's record of the original plea hearing will be filed.

We **ORDER** the trial court to transmit a supplemental record, containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/    DAVID EVANS
         JUSTICE